UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEXANDER RAMOS JIMENEZ
        Petitioner

v.                                    CIVIL ACTION NO. 04-12667-GAO

UNITED STATES OF AMERICA
        Respondent

## JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Order, dated 8/3/05, Jimenez's motion to vacate the sentence is denied, and judgment shall enter in favor of the respondent and against petitioner.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 8/8/05                          By PAUL S. LYNESS
                                                        Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)